# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | JIM PRATHER |
| **Case Number:** | 4:09-BK-21933-EWH  **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 09, 2010 01:30 PM   COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | LUPE MARTINEZ |

## Matter:

CHAPTER 13 TRUSTEE MOTION TO DISMISS.

**R / M #:**  18 / 0

## Appearances:

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE
CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE

## Proceedings:

Mr. Morris states that the case has been dismissed.

COURT:  THE CASE HAVING BEEN DISMISSED, THE HEARING IS VACATED.